

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

# O R D E R

After Appellant's court-appointed counsel filed an *Anders* brief, we advised Appellant that if he desires to file a pro se brief, he must do so by July 16, 2015. On June 24, 2015, Appellant file a motion for extension of time to file his pro se brief until July 21, 2015.

Appellant's motion is GRANTED. Appellant must file his pro se brief with this court by July 21, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court